

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| Marilyn Howard, | * | Case No.   04-38858-DK |
| | * | Chapter   13 |
| | * | |
| Debtor | * | |
| ************************************** | * | |
| Marilyn Howard, | * | |
| | * | |
| | * | |
| Plaintiff | * | |
| vs. | * | Adversary   No. 06-1353 |
| Litton Loan Servicing, LP, | * | |
| | * | |
| | * | |
| Defendant | * | |

**ORDER DISMISSING AMENDED COMPLAINT**
**(in part with prejudice and in part with leave to amend)**

The court held a hearing upon the Defendant's Motion to Dismiss on June 7, 2006. For the reasons set forth on the record, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Amended Complaint is hereby dismissed with prejudice and without leave to amend as to the causes of action asserted under 15 U.S.C. § 1639(c)-(h), and as to the causes of action requesting "strip down" or alternative treatment under 11 U.S.C. § 1322 as to the balloon payment referenced in the Amended Complaint and it is further

ORDERED, that the Amended Complaint is hereby dismissed with fifteen (15) days leave to amend as to the causes of action asserted under the Maryland Consumer Protection statutes and other state law claims (fraud and misrepresentation, intentional infliction of emotional distress), as well as disclosure claims brought pursuant to 15 U.S.C. § 1639(a).

cc: All Parties
　　 All Counsel

**End of Order**